IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DERRICK L. WYCHE

    Petitioner,

v.                                     CASE NO. 4:10cv42-SPM/WCS

WALTER MCNEIL,

    Respondent.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

This cause comes before the Court on Petitioner's Motion for Reconsideration. Doc. 18. Most of the arguments raised by Petitioner were already raised and rejected by the Court. The Court finds no basis to alter its previous ruling. Accordingly, it is

ORDERED AND ADJUDGED: Petitioner's Motion for Reconsideration (doc. 18) is denied.

DONE AND ORDERED this 3rd day of June, 2010.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Chief United States District Judge